# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DYK, TIMOTHY B. | FEDERAL CIRCUIT | 05/07/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE - ACTIVE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

717 MADISON PLACE, N.W.
WASHINGTON, DC 20439

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. JUDICIAL COUNSELOR | GILES RICH INN OF COURT |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/07/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | UNIVERSITY OF NEBRASKA - BOARD OF REGENTS (ROYALTY) | $321.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | NYU LAW SCHOOL - SALARY |
| 2. 2020 | WASHINGTON UNIVERSITY - HONORARIA - $1,500 |
| 3. 2020 | TVA, INC. - CONSULTANT |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | WILLIAM C. CONNER INN OF COURT | 1/16/2020 to 1/17/2020 | NEW YORK, NY | WILLIAM C. CONNER INN OF COURT ANNUAL RECEPTION AND DINNER | TRANSPORTATION, LODGING, MEALS |
| 2. | WILLIAM C. CONNER INN OF COURT | 2/12/2020 to 2/13/2020 | NEW YORK, NY | WILLIAM C. CONNER INN OF COURT CLE PROGRAM AND DINNER | TRANSPORTATION, MEALS |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/07/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LOT - TRURO, MA (PARCEL 1) ($237,500) | | None | M | S | | | | | |
| 2. CARLYLE FUND | A | Dividend | L | T | Sold (part) | 02/19/20 | K | D | |
| 3. MORGAN STANLEY PRIVATE BANK ACCOUNT | A | Int./Div. | N | T | Buy (add'l) | 05/15/20 | M | | |
| 4. SPECIAL SITUATION LIFE SCIENCES INNOVATION FUND | | None | M | T | Buy (add'l) | 01/27/20 | K | | |
| 5. JAPAN EQUITY FUND | A | Dividend | L | T | Sold (part) | 06/09/20 | K | D | |
| 6. BANK OF AMERICA (COMMON STOCK) | D | Dividend | M | T | | | | | |
| 7. NUVEEN AMT FREE QUALITY MUNI INCOME FUND | C | Dividend | M | T | | | | | |
| 8. CRIMSON WINE GROUP (COMMON STOCK) | | None | J | T | | | | | |
| 9. NUVEEN AMT FREE MUNI CREDIT INCOME FUND | D | Interest | M | T | | | | | |
| 10. ROYAL DUTCH SHELL (COMMON STOCK) | D | Dividend | M | T | | | | | |
| 11. VANGUARD FEDERAL MONEY MARKET FUND | A | Dividend | O | T | Buy (add'l) | 03/19/20 | K | | |
| 12. VANGUARD TAX EXEMPT MONEY MARKET FUND | A | Dividend | M | T | | | | | |
| 13. VANGUARD LTD-TERM TAX EXEMPT ADMIRAL FUND | C | Dividend | | | Sold | 04/16/20 | M | | |
| 14. TRUIST FIN. CORP. (PREFERRED STOCK) | C | Dividend | L | T | | | | | |
| 15. BANK OF CALIFORNIA (PREFERRED STOCK) | C | Dividend | L | T | | | | | |
| 16. WABTEC (COMMON STOCK) | A | Dividend | | | Sold | 06/05/20 | J | | |
| 17. UNITED NATURAL FOODS (COMMON STOCK) | | None | | | Sold | 05/12/20 | K | E | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   US TREASURY BILL (due 3/26/2020) | A | Dividend | | | Matured | 03/26/20 | M | | |
| 19.   VANGUARD INTERMEDIATE TERM T/E ADMIRAL FUND | C | Dividend | | | Sold | 04/16/20 | N | D | |
| 20.   NY COMM BK CORP (COMMON STOCK) | B | Dividend | K | T | | | | | |
| 21.   WESTERN INTERMEDIATE MUNI FUND | D | Interest | M | T | | | | | |
| 22.   VANGUARD PRIME MONEY MARKET FUND | A | Interest | | | Sold | 03/19/20 | K | | |
| 23.   TOTAL S.A. (COMMON STOCK) | D | Dividend | L | T | | | | | |
| 24.   ATLAS AIR WORLDWIDE (COMMON STOCK) | | None | | | Sold | 05/07/20 | L | D | |
| 25.   PA ST MUNI BD | A | Interest | K | T | | | | | |
| 26.   LAWRENCE MA MUNI BD | A | Interest | K | T | | | | | |
| 27.   NEWPORT-MESA CA UNION SCH DIST MUNI BD | B | Interest | K | T | | | | | |
| 28.   ALTONA WI MUNI BD | A | Interest | | | Matured | 12/01/20 | K | A | |
| 29.   GENERAL ELECTRIC (COMMON STOCK) | A | Dividend | | | Sold | 01/10/20 | K | | |
| 30.   WASHINGTON STATE MUNI BD | A | Interest | K | T | | | | | |
| 31.   U.S. TREASURY BD STRIP | A | Interest | | | Matured | 08/15/20 | L | | |
| 32.   U.S.TREASURY NOTE (DUE 4/15/2020) | A | Interest | | | Matured | 04/15/20 | L | | |
| 33.   FEDERATED INSTITUTIONAL MONEY MARKET FUND | A | Interest | | | Sold | 05/15/20 | M | | |
| 34.   METROPOLITAN DC AIRPORT AUTHORITY MUNI BD | A | Interest | | | Sold | 10/01/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JEFFERSON MORGAN SCHOOL DISTRICT MUNI BD | A | Interest | K | T | | | | | |
| 36. DEUTSCHE BK (COMMON STOCK) | A | Interest | | | Sold | 06/05/20 | K | | |
| 37. NUVEEN SELECT MATURITY (MUNICIPAL FUND) | A | Interest | J | T | | | | | |
| 38. VANGUARD IRA #4 (H) | | | | | | | | | |
| 39. -ISHARES MSCI JAPAN | A | Dividend | | | Sold | 06/01/20 | M | | |
| 40. -NEW AMERICA HIGH INCOME FUND | B | Dividend | K | T | | | | | |
| 41. -WESTERN ASSET HIGH INC OPP FUND | D | Dividend | L | T | | | | | |
| 42. -FIDELITY JAPAN SMALL CO. FUND | B | Dividend | M | T | | | | | |
| 43. -GLADSTONE COMM CORP FUND | B | Dividend | | | Sold | 06/09/20 | L | B | |
| 44. -VANGUARD FEDERAL MONEY MARKET FUND | A | Dividend | M | T | Buy (add'l) | 09/11/20 | J | | |
| 45. -VANGUARD PRIME MONEY MARKET FUND | A | Dividend | | | Sold | 09/11/20 | J | | |
| 46. -VANGUARD TREASURY MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 47. -BLACKSTONE MORT TRUST | A | Dividend | J | T | | | | | |
| 48. -PIMCO STOCKPLUS SHORT (FUND) | B | Dividend | L | T | Buy | 05/01/20 | L | | |
| 49. -OCCIDENTAL PETROLEUM WARRANTS | | None | J | T | Spinoff (from line 50) | 08/03/20 | J | | |
| 50. -OCCIDENTAL PETROLEUM (COMMON STOCK) | A | Dividend | K | T | | | | | |
| 51. -CRIMSON WINE GROUP (COMMON STOCK) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   PEOPLES UNITED (COMMON STOCK) | B | Dividend | K | T | | | | | |
| 53.   WISDOMTREE DYNAMIC BEARISH FUND | | None | | | Sold | 01/03/20 | L | | |
| 54.   VANGUARD IRA - #1 (H) | | | | | | | | | |
| 55.   -BANK OF AMERICA (COMMON STOCK) | B | Dividend | L | T | | | | | |
| 56.   -FIDELITY JAPAN SM CO FUND | B | Dividend | M | T | | | | | |
| 57.   -VALARIS (COMMON STOCK) (PREVIOUSLY ENSCO) | A | Dividend | J | T | | | | | |
| 58.   -PIMCO STOCKPLUS (FUND) | A | Dividend | K | T | Buy | 05/20/20 | K | | |
| 59.   -ISHARES JAPAN INDEX FUND | B | Dividend | L | T | | | | | |
| 60.   -GENESIS ENERGY (COMMON STOCK) | A | Dividend | J | T | | | | | |
| 61.   -VANGUARD FEDERAL MONEY MARKET FUND | A | Dividend | M | T | Buy (add'l) | 09/11/20 | K | | |
| 62.   -VANGUARD PRIME MONEY MARKET FUND | A | Dividend | | | Sold | 09/11/20 | K | | |
| 63.   -VANGUARD TREASURY MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 64.   -LUMINENT (COMMON STOCK) | | None | J | T | | | | | |
| 65.   ROYCE MICROCAP FUND | A | Dividend | | | Buy | 01/23/20 | K | | |
| 66.   ROYCE MICROCAP FUND | A | Dividend | | | Sold | 06/09/20 | K | | |
| 67.   -UNITED NATURAL FOODS (COMMON STOCK) | | None | | | Sold | 05/12/20 | K | | |
| 68.   -GLADSTONE COMMERCIAL CORP (COMMON STOCK) | B | Dividend | | | Sold | 06/09/20 | K | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. VANGUARD IRA #2 (H) | | | | | | | | | |
| 70. -VANGUARD TREASURY MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 71. -VANGUARD PRIME MONEY MARKET FUND | A | Dividend | | | Sold | 09/11/20 | J | | |
| 72. -VANGUARD FEDERAL MONEY MARKET FUND | A | Dividend | L | T | Buy (add'l) | 09/11/20 | J | | |
| 73. -FIDELITY INV TRUST JAPAN SMALL CO FUND | D | Dividend | N | T | | | | | |
| 74. -WISDOMTREE DYNAMIC BEARISH FUND | | None | | | Sold | 01/03/20 | L | | |
| 75. -VALLEY NATIONAL BANK | C | Dividend | L | T | | | | | |
| 76. -LUMINENT (COMMON STOCK) | | None | J | T | | | | | |
| 77. VANGUARD IRA #3 (H) | | | | | | | | | |
| 78. -VANGUARD FEDERAL MONEY MARKET FUND | A | Dividend | M | T | Buy (add'l) | 09/11/20 | J | | |
| 79. -VANGUARD PRIME MONEY MARKET FUND | A | Dividend | | | Sold | 09/11/20 | J | | |
| 80. -VANGUARD TREASURY MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 81. -DEUTSCHE BANK (COMMON STOCK) | A | Dividend | | | Sold | 06/05/20 | K | | |
| 82. -EXXONMOBIL (COMMON STOCK) | A | Dividend | | | Sold | 04/07/20 | K | | |
| 83. -PIMCO STOCKPLUS SHORT (FUND) | B | Interest | M | T | Buy | 04/28/20 | L | | |
| 84. -PIMCO STOCKPLUS SHORT (FUND) | B | Interest | M | T | Buy (add'l) | 05/11/20 | L | | |
| 85. -CHEVRON (COMMON STOCK) | | None | | | Buy | 03/23/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  -CHEVRON (COMMON STOCK) | | | | | Sold | 04/07/20 | L | E | |
| 87.  -MERCURY GENERAL CORP. (COMMON STOCK) | A | Dividend | | | Sold | 06/05/20 | K | | |
| 88.  -OCCIDENTAL PETROLEUM (COMMON STOCK) | A | Dividend | K | T | | | | | |
| 89.  -OCCIDENTAL PETROLEUM WARRANTS | | None | J | T | Spinoff<br>(from line 88) | 08/03/20 | J | | |
| 90.  -BRIGHTHOUSE FINANCIAL | | None | K | T | | | | | |
| 91.  -GLADSTONE COMMERCIAL CORP. (COMMON STOCK) | B | Dividend | | | Sold | 06/05/20 | K | B | |
| 92.  TD AMERITRADE INSURED DEPOSIT ACCOUNT | A | Dividend | J | T | | | | | |
| 93.  TD AMERITRADE IRA #2 (H) | | | | | | | | | |
| 94.  -WELLS FARGO CD | C | Interest | M | T | | | | | |
| 95.  -SPEC SITUATION LIFE SCIENCES FUND | A | Dividend | N | T | | | | | |
| 96.  -TD AMERITRADE INSURED DEPOSIT ACCOUNT | A | Dividend | M | T | | | | | |
| 97.  -NORTHERN LIGHTS NORTH STAR DIVIDEND LIGHTS FUND | A | Dividend | J | T | | | | | |
| 98.  -ISHARES US PREFERRED STOCKS ETF | C | Dividend | | | Sold | 06/05/20 | M | B | |
| 99.  VANGUARD IRA #5 (H) | | | | | | | | | |
| 100.  -VANGUARD FEDERAL MONEY MARKET FUND | A | Dividend | M | T | Buy<br>(add'l) | 09/11/20 | L | | |
| 101.  -VANGUARD PRIME MONEY MARKET FUND | A | Dividend | | | Sold | 09/11/20 | L | | |
| 102.  -EXXONMOBIL (COMMON STOCK) | A | Dividend | | | Sold | 04/07/20 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -GLADSTONE COMMERCIAL (COMMON STOCK) | A | Dividend | | | Sold | 06/05/20 | K | | |
| 104.  -BP PLC (COMMON STOCK) | B | Dividend | K | T | | | | | |
| 105.  -NEW AMERICA HIGH INCOME FUND | B | Dividend | K | T | | | | | |
| 106.  -NUVEEN PREFERRED INCOME FUND | C | Dividend | L | T | | | | | |
| 107.  -NY COMMUNITY BK (COMMON STOCK) | C | Dividend | K | T | | | | | |
| 108.  NEW YORK UNIVERSITY 403(B) PLAN (NOW MANAGED BY TIAA) | D | Dividend | N | T | | | | | |
| 109.  -TIAA TRADITIONAL FUND | D | Dividend | N | T | | | | | |
| 110.  MASS MUTUAL LIFE INSURANCE (WHOLE) | A | Dividend | K | W | | | | | |
| 111.  ING LIFE INSURANCE (WHOLE) | C | Dividend | M | T | | | | | |
| 112.  PNC BANK WASHINGTON DC | A | Interest | L | T | | | | | |
| 113.  US BONDS | D | Interest | M | T | | | | | |
| 114.  JJ GUMBERG LIMITED PARTNERSHIP | D | Distribution | J | W | | | | | |
| 115.  VIRGINIA RETIREMENT SYSTEM | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. TOTAL INCOME FOR IRA ACCOUNTS IS TOTAL INCOME AS REPORTED BY CUSTODIAN OF ACCOUNT.

2. TRANSFERS FROM IRA MONEY MARKET TO PERSONAL ACCOUNTS (RMD) NOT SHOWN.

3. PART VII, LINE 108: PERIODIC EMPLOYER CONTRIBUTIONS MADE TO THIS ACCOUNT (NEW YORK UNIVERSITY 403(B) PLAN) ARE NOT REPORTED AS A SEPARATE BUY.

4. THE VANGUARD FEDERAL MONEY MARKET FUND IS AN SEC-MANDATED SETTLEMENT FUND FOR SECURITIES TRANSACTIONS. PURCHASES AND SALES OF SECURITIES DISCLOSED IN THIS REPORT AUTOMATICALLY RESULTED IN CORRESPONDING SALES AND PURCHASES IN THE FUND. THE SAME APPLIES FOR THE TD AMERITRADE INSURED DEPOSIT ACCOUNT. MONEY MARKET TRANSACTIONS INVOLVING DEPOSITS OF EMPLOYMENT COMPENSATION OR A PAYMENT OF PERSONAL EXPENSES AND EXCHANGES BETWEEN FUNDS NOT LISTED AS BEING IDENTICAL TO BANK ACCOUNT ACTIVITIES.

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/07/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **S/ TIMOTHY B. DYK**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544